# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BARBARA J MCGEE | § | Case No. 10-55588 |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Gregg Szilagyi, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 09/27/2012 in Courtroom 680,

219 S. DEARBORN ST., CHICAGO IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/16/2012                    By: Gregg Szilagyi
                                                                    Trustee


*Gregg Szilagyi*
*542 South Dearborn Street*
*Suite 1060*
*Chicago, Illinois 60605*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:                                    §
                                          §
BARBARA J MCGEE                           §        Case No. 10-55588
                                          §
              Debtor(s)                   §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 4,467.57 |
| and approved disbursements of | $ | 55.57 |
| leaving a balance on hand of[1] | $ | 4,412.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Gregg Szilagyi | $        1,116.85 | $        0.00 | $        1,116.85 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 1,116.85 |
| Remaining Balance | $ | 3,295.15 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 15,597.34  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 21.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | RBS Citizens | $ 1,931.60 | $ 0.00 | $ 410.82 |
| 2 | Chase Bank USA, N.A. | $ 1,806.39 | $ 0.00 | $ 384.19 |
| 3 | GE Money Bank | $ 1,363.42 | $ 0.00 | $ 289.98 |
| 4 | FIA Card Services, NA/Bank of America | $ 10,495.93 | $ 0.00 | $ 2,232.31 |

Total to be paid to timely general unsecured creditors     $ 3,317.30

Remaining Balance     $ -22.15

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: <u>Gregg Szilagyi</u>

Trustee

*Gregg Szilagyi*
*542 South Dearborn Street*
*Suite 1060*
*Chicago, Illinois 60605*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                      Case No. 10-55588-JPC
Barbara J McGee                                                             Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dross              Page 1 of 2          Date Rcvd: Aug 17, 2012
                             Form ID: pdf006           Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2012.
db              +Barbara J McGee,   1057 W Pratt BLVD, Unit 2B,   Chicago, IL 60626-4446
16557316        +Bac Home Loans Servici,   450 American St,   Simi Valley, CA 93065-6285
17411579         Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
16557318        +Chase Bank Usa, Na,   Po Box 15298,   Wilmington, DE 19850-5298
16557319        +Consolidate Resorts,   7200 Las Vegas Blvd South, Ste A,   Las Vegas, NV 89119-4020
16557321        +Nissan Motor Acceptanc,   Po Box 660360,   Dallas, TX 75266-0360
17379343        +RBS Citizens,   480 Jefferson Blvd,   RJE 135,   Warwick RI 02886-1359
16557322        +Rbs Citizens Na,   1000 Lafayette Blvd,   Bridgeport, CT 06604-4725

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17699814         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 18 2012 02:47:55
                 FIA Card Services, NA/Bank of America,   by American InfoSource LP as its agent,   PO Box 248809,
                 Oklahoma City, OK  73124-8809
17684975         E-mail/PDF: rmscedi@recoverycorp.com Aug 18 2012 02:51:26     GE Money Bank,
                 c/o Recovery Management Systems Corporat,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
16557320        +E-mail/PDF: gecsedi@recoverycorp.com Aug 18 2012 02:51:26     Gemb/walmart,   Po Box 981400,
                 El Paso, TX 79998-1400
                                                                                      TOTAL: 3

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16557315         Association Dues
16557317        ##+Bank Of America,   Po Box 17054,   Wilmington, DE 19850-7054
16557323        ##+Wells Fargo Financia,   Po Box 94498,   Las Vegas, NV 89193-4498
                                                                        TOTALS: 1, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 19, 2012**                        **Signature:**    *Joseph Speetjens*

District/off: 0752-1          User: dross          Page 2 of 2          Date Rcvd: Aug 17, 2012
                             Form ID: pdf006       Total Noticed: 11

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2012 at the address(es) listed below:
          Gregg  Szilagyi    gs@tailserv.com,  gszilagyi@ecf.epiqsystems.com;gszilagyi@epiqtrustee.com
          Neal  Feld   on behalf of Debtor Barbara McGee nealfeld@yahoo.com,  nealfeldlaw@yahoo.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                TOTAL: 3