# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                    §
                                          §
BARBARA J MCGEE                           §        Case No. 10-55588
                                          §
            Debtor(s)                     §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Gregg Szilagyi, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                              Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:              Claims Discharged
                                               Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $          (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on           .  The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/Gregg Szilagyi _____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 1 Bac Home Loans Servici 450 American St Simi Va | | | | | |
| | Creditor #: 2 Consolidate Resorts 7200 Las Vegas Blvd South, | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 3 Nissan Motor | | | | | |
| | Acceptanc Po Box 660360 | | | | | |
| | Dallas, T | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gregg Szilagyi | | | | | |
| Gregg Szilagyi | | | | | |
| Bank of America | | | | | |
| Bank of America | | | | | |
| Bank of America | | | | | |
| Bank of America | | | | | |
| Bank of America | | | | | |
| Bank of America | | | | | |
| Bank of America | | | | | |
| Bank of America | | | | | |
| Bank of America | | | | | |
| Bank of America | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Bank of America | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Chase Bank USA, N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 1 Bank Of America Po Box 17054 Wilmington, DE 19 | | | | | |
| | Creditor #: 2 Chase Bank Usa, Na Po Box 15298 Wilmington, DE | | | | | |
| | Creditor #: 3 Chase Bank Usa, Na Po Box 15298 Wilmington, DE | | | | | |
| | Creditor #: 4 Gemb/walmart Po Box 981400 El Paso, TX 79998 | | | | | |
| | Creditor #: 5 Rbs Citizens Na 1000 Lafayette Blvd Bridgeport | | | | | |
| | Creditor #: 6 Wells Fargo Financia Po Box 94498 Las Vegas, N | | | | | |
| 4 | FIA Card Services, NA/Bank of America | | | | | |
| 3 | GE Money Bank | | | | | |
| 1 | RBS Citizens | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

## FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No: | 10-55588 | JPC | Judge: | Jacqueline P. Cox | | Trustee Name: | Gregg Szilagyi |
|---|---|---|---|---|---|---|---|
| Case Name: | BARBARA J MCGEE | | | | | Date Filed (f) or Converted (c): | 12/16/10 (f) |
| | | | | | | 341(a) Meeting Date: | 02/07/11 |
| For Period Ending: 07/18/13 | | | | | | Claims Bar Date: | 08/23/11 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Residential Property Location: 1057 W Pratt BLVD, Chicago IL | 95,250.00 | 0.00 | | 0.00 | 0.00 |
| 2 | Cash | 20.00 | 0.00 | | 0.00 | 0.00 |
| 3 | First Bank - Savings | 280.00 | 0.00 | | 0.00 | 0.00 |
| 4 | Chase Bank - Checking | 245.00 | 0.00 | | 0.00 | 0.00 |
| 5 | First Bank - Checking 1/3 interest x $8,730 | 2,900.00 | 0.00 | | 0.00 | 0.00 |
| 6 | Household Goods | 500.00 | 0.00 | | 0.00 | 0.00 |
| 7 | Clothing | 500.00 | 0.00 | | 0.00 | 0.00 |
| 8 | Jewelry | 50.00 | 0.00 | | 0.00 | 0.00 |
| 9 | Qualified 401(k) Plan | 86,000.00 | 0.00 | | 0.00 | 0.00 |
| 10 | Qualified IRA | 50,000.00 | 0.00 | | 0.00 | 0.00 |
| 11 | Consolidate Resorts Time Share FMV $27,000 @ 50% interest = | 13,500.00 | 0.00 | | 0.00 | 0.00 |
| 12 | 2010 Nissan Cube | 15,965.00 | 0.00 | | 0.00 | 0.00 |
| 13 | INCOME TAX REFUND (u) | Unknown | 0.00 | | 4,467.00 | FA |
| INT | Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.60 | Unknown |

| TOTALS (Excluding Unknown Values) | $265,210.00 | $0.00 | | $4,467.60 | Gross Value of Remaining Assets $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR):   06/30/12        Current Projected Date of Final Report (TFR):   / /

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 10-55588
Case Name: BARBARA J MCGEE

Taxpayer ID No: XX-XXX5210
For Period Ending: 07/18/13

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX9279 - MONEY MARKET ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/23/11 | 13 | IRS | TAX REFUND | 1224-000 | 4,467.00 | | 4,467.00 |
| 05/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.01 | | 4,467.01 |
| 06/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,467.05 |
| 07/29/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,467.09 |
| 08/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,467.13 |
| 09/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,467.17 |
| 10/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,467.21 |
| 10/31/11 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 5.69 | 4,461.52 |
| 11/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,461.56 |
| 11/30/11 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 5.50 | 4,456.06 |
| 12/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,456.10 |
| 12/30/11 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 5.49 | 4,450.61 |
| 01/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,450.65 |
| 01/31/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 5.84 | 4,444.81 |
| 02/29/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,444.85 |
| 02/29/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 5.28 | 4,439.57 |
| 03/30/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,439.61 |
| 03/30/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 5.46 | 4,434.15 |
| 04/30/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,434.19 |
| 04/30/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 5.63 | 4,428.56 |
| 05/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,428.60 |
| 05/31/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 5.63 | 4,422.97 |
| 06/29/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,423.01 |
| 06/29/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 5.26 | 4,417.75 |
| 07/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,417.79 |
| 07/31/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 5.79 | 4,412.00 |
| 08/30/12 | INT | Bank of America | | 1270-000 | 0.03 | | 4,412.03 |
| 08/30/12 | | Bank of America | | 2600-000 | | 5.24 | 4,406.79 |

Page Subtotals    4,467.60    60.81

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

Case No: 10-55588
Case Name: BARBARA J MCGEE

Taxpayer ID No: XX-XXX5210
For Period Ending: 07/18/13

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX9279 - MONEY MARKET ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/30/12 | | Transfer to Acct#XXXXXX5518 | Transfer of Funds | 9999-000 | | 4,406.79 | 0.00 |

|  | | | |
|---|---|---|---|
| COLUMN TOTALS | 4,467.60 | 4,467.60 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 4,406.79 | |
| Subtotal | 4,467.60 | 60.81 | |
| Less: Payments to Debtors | 0.00 | 0.00 | |
| Net | 4,467.60 | 60.81 | |

|  | | |
|---|---|---|
| Page Subtotals | 0.00 | 4,406.79 |

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

Case No:  10-55588
Case Name:  BARBARA J MCGEE

Taxpayer ID No: XX-XXX5210
For Period Ending: 07/18/13

Trustee Name:  Gregg Szilagyi
Bank Name:  Associated Bank
Account Number/CD#:  XXXXXX5518 - Checking Acccount
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/30/12 | | Transfer from Acct#XXXXXX9279 | Transfer of Funds | 9999-000 | 4,406.79 | | 4,406.79 |
| 10/02/12 | 001002 | GREGG SZILAGYI 542 South Dearborn Street Suite 1060 Chicago, Illinois 60605 | (Final distribution to Claim (no claim number), representing a Payment of per court order.) | 2100-000 | | 1,116.90 | 3,289.89 |
| 10/02/12 | 001003 | RBS Citizens 480 Jefferson Blvd RJE 135 Warwick RI 02886 | (Final distribution to Claim 1, representing a Payment of 21.09% per court order.) | 7100-000 | | 407.43 | 2,882.46 |
| 10/02/12 | 001004 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | (Final distribution to Claim 2, representing a Payment of 21.09% per court order.) | 7100-000 | | 381.01 | 2,501.45 |
| 10/02/12 | 001005 | GE Money Bank c/o Recovery Management Systems Corporat 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | (Final distribution to Claim 3, representing a Payment of 21.09% per court order.) | 7100-000 | | 287.58 | 2,213.87 |
| 10/02/12 | 001006 | FIA Card Services, NA/Bank of America by American InfoSource LP as its agent PO Box 248809 Oklahoma City, OK 73124-8809 | (Final distribution to Claim 4, representing a Payment of 21.09% per court order.) | 7100-000 | | 2,213.87 | 0.00 |

|  |  | |  |  |
|---|---|---|---|---|
| COLUMN TOTALS | | 4,406.79 | 4,406.79 | 0.00 |
| Less: Bank Transfers/CD's | | 4,406.79 | 0.00 | |
| Subtotal | | 0.00 | 4,406.79 | |
| Less: Payments to Debtors | | 0.00 | 0.00 | |
| Net | | 0.00 | 4,406.79 | |
| Page Subtotals | | 4,406.79 | 4,406.79 | |

**FORM 2**

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:  10-55588
Case Name:  BARBARA J MCGEE

Taxpayer ID No:  XX-XXX5210
For Period Ending:  07/18/13

Trustee Name:  Gregg Szilagyi
Bank Name:  Associated Bank
Account Number/CD#:  XXXXXX5518 - Checking Acccount
Blanket Bond (per case limit):  $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |

|  |  | TOTAL OF ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
|  | MONEY MARKET ACCOUNT - XXXXXX9279 |  | 4,467.60 | 60.81 | 0.00 |
|  | Checking Acccount - XXXXXX5518 |  | 0.00 | 4,406.79 | 0.00 |
| Total Allocation Receipts: | 0.00 |  | 4,467.60 | 4,467.60 | 0.00 |
| Total Net Deposits: | 4,467.60 |  |  |  |  |
| Total Gross Receipts: | 4,467.60 |  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

Page Subtotals                    0.00                    0.00